UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-31930 |
| Rolf Doelling | Chapter: | 13 |
| | Judge: | MBK |

## NOTICE OF PROPOSED PRIVATE SALE

_____Rolf Doelling_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   U. S. Bankruptcy Court Clerk's Office
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ____Michael B. Kaplan____ on ____February 20, 2018____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____402 East State Street, Trenton, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   5 Thompson Street
West Long Branch, NJ 07764

Proposed Purchaser:   Nohemi Perez Vasquez

Sale price:   275,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   George E. Veitengruber, Attorney &  Maria DelPriore & Claire Strouse
Amount to be paid:   Amount to be determined upon short sale approval
Services rendered:   George E. Veitengruber-Attorney

Maria DelPriore- Century 21 $9,025.00

Claire Strouse- Gloria Nilson Realtors & Co. $6,875.00

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: George E. Veitengruber, III, Esq.

Address: 1720 Route 34 Suite 10 Wall NJ 07727

Telephone No.: 732 695 3303

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-31930-MBK
Rolf S. Doelling                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1                Date Rcvd: Jan 17, 2018
                              Form ID: pdf905            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
```
db              +Rolf S. Doelling,    77 Pemberton Avenue,    Oceanport, NJ 07757-1134
517148595       +Affinity Credit Union,    P.O. Box 621,    Basking Ridge, NJ 07920-0621
517148596       +Consumer Portfolio Services Inc.,    19500 Jamboree Road,    Irvine, CA 92612-2411
517214361       +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517148598        Monmouth County Sheriff's Office,    2500 Kozloski Road,    Freehold, NJ 07728
517148599       +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
517148600        PennCredit Corp.,    9165 14th Street,    Harrisburg, PA 17104
517148601       +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
517258654      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:     State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
517148602       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517191199       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
517197195       +Santander Consumer USA, Inc.,    POB 961245,    Ft. Worth, TX 76161-0244
517148603       +Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
517148605       +Verizon Wireless Bankruptcy Admin,    500 Technology Drive,    Suite 550,
                  Weldon Springs, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 22:59:26      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 22:59:22      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517185900        E-mail/Text: bankruptcy@consumerportfolio.com Jan 17 2018 22:59:40
                  CONSUMER PORTFOLIO SERVICES , INC.,    PO BOX 57071,    IRVINE, CA 92619 - 7071
517148597       +E-mail/Text: cio.bncmail@irs.gov Jan 17 2018 22:58:56      Internal Revenue Service,
                  P.O Box 7346,    Philadelphia, PA 19101-7346
517148604       +E-mail/Text: bankruptcy@sw-credit.com Jan 17 2018 22:59:31      SW Credit Systems LP,
                  4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 5
```

        \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Rolf S. Doelling Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```