UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on February 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rolf S. Doelling

Case No.: 17-31930

Hearing Date: 2/20/2018

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER DENYING MOTION

_____ TO SELL _____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 23, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      A motion or application having been filed on _____1/16_____, 20 _18_ by \_\_George E Veitengruber III_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*