# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | _____ |
| | : | Chapter: | _____ |
| | : | | |
| | : | Judge: | _____ |
| Debtor(s) | : | | |
| _____ | : | | |

## CERTIFICATION OF NO OBJECTION

I _____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

❑ Abandonment

❑ Public Sale

❑ Private Sale

❑ Settlement of Controversy

❑ Auctioneer Compensation

Description of Property (if applicable):

J̶EANNE A. NAUGHTON, Clerk

Date: _____        By: _____

*rev.2/10/17*