UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on March 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rolf S. Doelling

Case No.: 17-31930

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

### ORDER VACATING CERTIFICATION OF NO OBJECTION IN re: PRIVATE SALE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: March 16, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Certification of No Objection in re: Private Sale
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Certification of No Objection in re: Private Sale
_____

dated  3/14/2018 _____ be and the same is hereby vacated.