Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17–31930–MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rolf S. Doelling
   77 Pemberton Avenue
   Oceanport, NJ 07757

Social Security No.:
   xxx–xx–7343

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2018
JAN: bwj

                                                                            Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rolf S. Doelling  
    Debtor

Case No. 17-31930-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 13, 2018  
                     Form ID: 148    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.

```
db              +Rolf S. Doelling,    77 Pemberton Avenue,    Oceanport, NJ 07757-1134
517148595       +Affinity Credit Union,    P.O. Box 621,    Basking Ridge, NJ 07920-0621
517148596       +Consumer Portfolio Services Inc.,    19500 Jamboree Road,    Irvine, CA 92612-2411
517214361       +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517148598       +Monmouth County Sheriff's Office,    2500 Kozloski Road,    Freehold, NJ 07728-4424
517148599       +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
517148600        PennCredit Corp.,    9165 14th Street,    Harrisburg, PA 17104
517148601       +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
517258654       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                    PO Box 245,    Trenton, NJ 08695-0245)
517148603       +Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
517366736       +TD Auto Finance, LLC,    Lyons, Doughty & Veldhuis,    136 Gaither Dr., Ste. 100,
                  Mt. Laurel, NJ 08054-2239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2018 23:08:43    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2018 23:08:39    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517185900        E-mail/Text: bankruptcy@consumerportfolio.com Jun 13 2018 23:08:55
                  CONSUMER PORTFOLIO SERVICES , INC.,    PO BOX 57071,    IRVINE, CA 92619 - 7071
517148597       +EDI: IRS.COM Jun 14 2018 02:38:00    Internal Revenue Service,    P.O Box 7346,
                  Philadelphia, PA 19101-7346
517370993        EDI: RESURGENT.COM Jun 14 2018 02:38:00    LVNV Funding, LLC its successors and assigns as,
                  assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517371115        EDI: RESURGENT.COM Jun 14 2018 02:38:00    LVNV Funding, LLC its successors and assigns as,
                  assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
517148604       +EDI: SWCR.COM Jun 14 2018 02:38:00    SW Credit Systems LP,    4120 International Parkway,
                  Suite 1100,    Carrollton, TX 75007-1958
517148602       +EDI: DRIV.COM Jun 14 2018 02:38:00    Santander Consumer USA,    P.O. Box 961245,
                  Fort Worth, TX 76161-0244
517191199       +EDI: DRIV.COM Jun 14 2018 02:38:00    Santander Consumer USA, Inc.,    P.O. Box 560284,
                  Dallas, TX 75356-0284
517197195       +EDI: DRIV.COM Jun 14 2018 02:38:00    Santander Consumer USA, Inc..,    POB 961245,
                  Ft. Worth, TX 76161-0244
517148605       +EDI: VERIZONCOMB.COM Jun 14 2018 02:38:00    Verizon Wireless Bankruptcy Admin,
                  500 Technology Drive,    Suite 550,    Weldon Springs, MO 63304-2225
                                                                                             TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Jun 13, 2018
                              Form ID: 148              Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Rolf S. Doelling Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```